IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| DELANO A. MIDDLETON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-339 |
| v. | |
| MEG HEAP, et al., | |
| Defendants. | |

| | |
|---|---|
| DELANO A. MIDDLETON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-361 |
| v. | |
| UHAUL COMPANY, et al., | |
| Defendants. | |

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 14, 2025, Report and Recommendation, docketed in all of Middleton's pending cases, (4:23-cv-339, doc. 30; 4:23-cv-361, doc. 18), and to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (4:23-cv-339, doc. 30; 4:23-cv-361, doc. 18.)  Plaintiff's Complaint in 4:23-cv-339 is **DISMISSED** as untimely. (4:23-cv-339, doc. 30, pp. 22-25.)  Plaintiff's Complaint in 4:23-cv-361 is **DISMISSED** as

malicious and frivolous.   (4:23-cv-361, doc. 30, pp. 18-22.)   The Clerk of Court is **DIRECTED** to **CLOSE** both cases.

**SO ORDERED**, this 14th day of August, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2