AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DELANO A. MIDDLETON,

    Plaintiff,

                           JUDGMENT IN A CIVIL CASE

            v.                    CASE NUMBER: 4:23-cv-00339

MEG HEAP, et al.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated August 14, 2025, adopting the Report and Recommendation of the Magistrate Judge, Plaintiff's complaint is dismissed as untimely. This case stands closed.

| | |
|---|---|
| 8/14/2025 | John E. Triplett, Clerk of Court |
| Date | Clerk |
| | *(signature)* |
| | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/1/03